UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kelvin Spotts, et al.                Case No. 1:08-cv-00044

  Plaintiffs                         Judge Colleen Kollar-Kotelly

vs.
                                     Notice of Summons Executed
United States of America               as to Attorney General

  Defendant

Plaintiffs respectfully approach the Court and hereby provided notice of a summons coupled with a complaint served upon the Attorney General on February, 14, 2008. Attached to this notice is the certified mail receipt and the returned green card, proving that said documents were delivered.

Respectfully submitted;

/s/ Norman L. Sirak

Norman L. Sirak
Ohio Reg. OH0038058
D.C. Bar # 162669
4974 Higbee Ave. – Suite 203
Canton, Ohio 44718
Phone (330) 493 – 7462
Fax (330) 493 – 7851
Email nsirak@parolereform.com

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7007 2680 0003 0006 5071

| | |
|---|---|
| Postage | $4.90  0711 |
| Certified Fee | $2.65  FEB 11 2008  Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 9.70 |

Sent To: Attorney General
Street, Apt. No.; or PO Box No.: 950 Penn Ave, N.W.
City, State, ZIP+4: Wash, D.C. 20530

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General
950 Pennsylvania
Ave. N.W.
Washington, D.C.
20530 0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ernest L. Parker_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
FEB 14 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7007 2680 0003 0006 5071

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540