# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Kelvin Spotts, et al.** | **Case No. 1:08-cv-00044** |
| Plaintiffs | **Judge Colleen Kollar-Kotelly** |
| vs. | |
| **United States of America** | **Notice of Summons Executed as to Federal Government Defendant** |
| Defendant | |

Plaintiffs respectfully approach the Court and hereby provided notice of a summons coupled with a complaint served upon the Federal Bureau of Prisons on February, 15, 2008. Attached to this notice is the certified mail receipt and the returned green card, proving these documents were delivered.

Respectfully submitted;

/s/ Norman L. Sirak

Norman L. Sirak
Ohio Reg. OH0038058
D.C. Bar # 162669
4974 Higbee Ave. – Suite 203
Canton, Ohio 44718
Phone (330) 493 – 7462
Fax (330) 493 – 7851
Email nsirak@parolereform.com

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ $4.70 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $9.70 |

7007 2680 0003 0006 5064

Sent To: Federal Bur. of Prisons
Street, Apt. No.; or PO Box No.: 320 1st Street N.W. #977
City, State, ZIP+4: Wash, DC 20534

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Joyce Zoldak
    Federal Bureau of Prisons
    320 1st Street N.W.
    Room 977
    Wash, DC 20534

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Shane Horton_    ☑ Agent  ☐ Addressee

B. Received by (Printed Name): S Horton
C. Date of Delivery: 2-15-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 2680 0003 0006 5064

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540