UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kelvin Spotts, et al.                     Case No. 1:08-cv-00044

    Plaintiffs                         Judge Colleen Kollar-Kotelly

vs.

United States of America           Notice of Summons Executed
                                   as to United States Attorney
                                   Civil Process Clerk

    Defendant

Plaintiffs respectfully approach the Court and hereby provided notice of a summons coupled with a complaint served upon the United States Attorney Civil Process Clerk on February, 14, 2008. The certified mail receipt and the returned green card proving delivery are attached.

    Respectfully submitted;

    /s/ Norman L. Sirak

    Norman L. Sirak
    Ohio Reg. OH0038058
    D.C. Bar # 162669
    4974 Higbee Ave. – Suite 203
    Canton, Ohio 44718
    Phone (330) 493 – 7462
    Fax (330) 493 – 7851
    Email nsirak@parolereform.com

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ $4.90 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $9.70 |

Postmark Here — FEB 11 2008

Sent To: United States Attorney
Street, Apt. No.; or PO Box No.: 555 4th Street N.W.
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, August 2006                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney
555 4th Street N.W.
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _[signature]_
C. Date of Delivery: FEB 14 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 2680 0003 0006 5088

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540