UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KELVIN ANDRE SPOTTS ) <br> Reg. No. 05613-088 ) <br> ) <br> BILLY AGUERO ) <br> Reg. No. 08466059 ) <br> ) <br> MARCUS T. ARNOLD ) <br> Reg. No. 11704-078 ) <br> ) <br> BAENA JOSE MENDOZA ) <br> Reg. No. 77382-079 ) <br> ) <br> LLOYD BATTLES ) <br> Reg. No. 15809-179 ) <br> ) <br> JOSE BAZA ) <br> Reg. No. 80363-011 ) <br> ) <br> SOLOMON T. BURTON ) <br> Reg. No. 04118-063 ) <br> ) <br> ANASTACIO CANTU ) <br> Reg. No. 19200-179 ) <br> ) <br> DONALD CHURCHILL ) <br> Reg. No. 27879-177 ) <br> ) <br> RICHARD CRUZ ) <br> Reg. No. 60692-079 ) <br> ) <br> GARRETT DEETZ ) <br> Reg. No. 43611-008 ) <br> ) <br> GABRIEL GARCIA ) <br> Reg. No. 15130-180 ) <br> ) | Civil Action No.: 08-0044 (CKK) |

| | |
|---|---|
| CURTIS GREER<br>Reg. No. 20313-179 | )<br>)<br>) |
| JAIME GUERRERO<br>Reg. No. 79072-079 | )<br>)<br>) |
| EARL ELLIS HAWKINS<br>Reg. No. 25412-077 | )<br>)<br>) |
| CEDRIC HENDERSON<br>Reg. No. 56390-080 | )<br>)<br>) |
| RAFAEL A. HERRERA<br>Reg. No. 21027-077 | )<br>)<br>) |
| ODIS JACKSON<br>Reg. No. 15806-179 | )<br>)<br>) |
| TYRONNE JACKSON<br>Reg. No. 10332-078 | )<br>)<br>) |
| SAMUAL L. JOHNSON<br>Reg. No. 10097-180 | )<br>)<br>) |
| ODELL JONES JR.<br>Reg. No. 95923-071 | )<br>)<br>) |
| MATSUKATA KEELING<br>Reg. No. 27964-034 | )<br>)<br>) |
| KERRY D. LAURY<br>Reg. No. 24149-077 | )<br>)<br>) |
| GREG C. LAXEY<br>Reg. No. 09953-078 | )<br>)<br>) |
| CURTIS LINDSEY<br>Reg. No. 72793-079 | )<br>)<br>) |
| JOHN LOCKETT<br>Reg. No. 75159-079 | )<br>)<br>) |
| OSCAR LONGORIA<br>Reg. No. 14563-424 | )<br>)<br>) |

| | |
|---|---|
| OSCAR MARTINEZ<br>Reg. No. 26438-179 | )<br>)<br>) |
| RAY McALLISTER<br>Reg. No. 28856-180 | )<br>)<br>) |
| WILLIAM McCOY<br>Reg. No. 08220-056 | )<br>)<br>) |
| CHARLES MONTGOMERY<br>Reg. No. 25433-018 | )<br>)<br>) |
| BRIAN J. MORONEY<br>Reg. No. 23901-038 | )<br>)<br>) |
| GREGORY NESBIT<br>Reg. No. 68746-004 | )<br>)<br>) |
| MICHAEL NEUGEBAUER<br>Reg. No. 16761-045 | )<br>)<br>) |
| WILLIAM PEAY<br>Reg. No. 03533-007 | )<br>)<br>) |
| DOUGLAS L. PERRY<br>Reg. No. 05841-043 | )<br>)<br>) |
| JOHN M. POPE<br>Reg. No. 43067-180 | )<br>)<br>) |
| RAS RAHIM<br>Reg. No. 54889-019 | )<br>)<br>) |
| JOSEPH RANDALL JR.<br>Reg. No. 22594-009 | )<br>)<br>) |
| FRANCISCO SALDANA<br>Reg. No. 46160-004 | )<br>)<br>) |
| GARRIE SAMUELS<br>Reg. No. 27012-077 | )<br>)<br>) |
| WILLIE MAY SANDERS<br>Reg. No. 28763-177 | )<br>)<br>) |

| | |
|---|---|
| PAUL SANTIVANEZ<br>Reg. No. 91551-080 | )<br>)<br>) |
| RICHARD ALLEN SMITH<br>Reg. No. 03666-087 | )<br>)<br>) |
| MICHAEL STARNES<br>Reg. No. 11642-042 | )<br>)<br>) |
| ROBERT STEEN<br>Reg. No. 12695-180 | )<br>)<br>) |
| BRENSON STOVALL<br>Reg. No. 34009-077 | )<br>)<br>) |
| ANTHONY L. STUTSON<br>Reg. No. 18418-001 | )<br>)<br>) |
| MICHAEL HUGH SURRELL<br>Reg. No. 29493-177 | )<br>)<br>) |
| RODNEY LEE THOMPSON<br>Reg. No. 29247-179 | )<br>)<br>) |
| LEONARD T. TOM<br>Reg. No. 817755-008 | )<br>)<br>) |
| DARRYL WILKES<br>Reg. No. 355522-083 | )<br>)<br>) |
| CHACY S. WILLIAMS<br>Reg. No. 65479-061 | )<br>)<br>) |
| ADAM T. WILLIAMS<br>Reg. No. 06718-027 | )<br>)<br>) |
| ANTHONY WOODLAND<br>Reg. No. 07927-043 | )<br>)<br>) |
| STEVEN WOOLRIDGE<br>Reg. No. 05381-010 | )<br>)<br>) |
| L.C. BROOKS<br>Reg. No. 03553-095<br>              Plaintiffs | )<br>)<br>) |

|  |  |
|---|---|
| v. | ) |
|  | ) |
| UNITED STATES OF AMERICA, | ) |
|       Defendant. | ) |
|  | ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christian Natiello as counsel for Defendant in the above-captioned case.

Respectfully submitted,

\_\_\_\_/s/_____
CHRISTIAN NATIELLO, D.C. Bar #473960
Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2008, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **Norman L. Sirak**, via the court's Electronic Case Filing System (ECF).

　　　　/s/_____
CHRISTIAN NATIELLO, D.C. Bar #473960
Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov