CLERK'S OFFICE
C/O MRS SCOTT
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333CONSTITUTION AVE N.W.
WASHINGTON D.C. 20001-2866

APRIL 21st, 2008

RE; CHANGE OF ADRESS NOTICE

Dear Honorable Clerk,

I am writing you to make you aware of my new location. I am now currently located ate U.S.P. McCreary, P.O. Box 3000, Pine Knot, Kentucky 42635.

PLEASE FORWARD ALL CORRASPONDENCE TO THIS LOCATION.

P.S. Also enclosed are the informa pauperis applications.

Respectfully Yours,

_____
KELVIN ANDRE SPOTTS #05613-088
UNITED STATES PENITENTIARY McCREARY
P.O. Box 3000
PINE KNOT, KENTUCKY 42635

08- 44 CKK