# UNITED STATES DISTRICT COURT

District of COLUMNBIA

Kelvin Andre Spotts Et Al

Plaintiff

v.

Bureau of Prisons

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 08-44

I, Rodney L. Thompson #29247-179 _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes   ☐ No   (If "No," go to Part 2) 77720, 6030

    If "Yes," state the place of your incarceration United State Penitentiary P.O. Box 26030, Beaumont Tx

    Are you employed at the institution? yes   Do you receive any payment from the institution? no

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?  ☐ Yes   ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment  ☐ Yes  ☒ No
    b. Rent payments, interest or dividends            ☐ Yes  ☒ No
    c. Pensions, annuities or life insurance payments  ☐ Yes  ☒ No
    d. Disability or workers compensation payments     ☐ Yes  ☒ No
    e. Gifts or inheritances                           ☐ Yes  ☒ No
    f. Any other sources                               ☒ Yes  ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

I receive money from my parent, maybe a $100 per month.

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☐ No

   If "Yes," describe the property and state its value.

   I may still have a car. 1997 Oldsmobile Aura. My Parents use it for transportation

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   N/A

I declare under penalty of perjury that the above information is true and correct.

2/29/08 _____   Rodney L. Thompson # 29247-176 _____
Date                  Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____ _____ United States Judge   Date | _____ _____ United States Judge   Date |

# Deposits

| Inmate Reg #: | 29247179 | Current Institution: | Beaumont FCC |
|---|---|---|---|
| Inmate Name: | THOMPSON, RODNEY | Housing Unit: | BMP-A-B |
| Report Date: | 03/04/2008 | Living Quarters: | A03-311U |
| Report Time: | 10:39:32 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 3/4/2008 6:52:39 AM | Sales | ($25.55) | 7 | | $52.55 |
| 3/1/2008 5:57:18 PM | Phone Withdrawal | ($2.00) | TFN0301 | | $78.10 |
| 2/27/2008 1:45:10 PM | Phone Withdrawal | ($3.00) | TFN0227 | | $80.10 |
| 2/26/2008 8:35:48 AM | Sales | ($0.90) | 49 | | $83.10 |
| 2/19/2008 10:15:09 AM | Sales | ($7.00) | 160 | | $84.00 |
| 2/12/2008 6:05:28 PM | Western Union | $90.00 | 33309708 | | $91.00 |
| 2/7/2008 3:51:43 PM | Payroll - IPP | $0.12 | HIPP0108 | | $1.00 |
| 2/6/2008 1:45:19 PM | Sales | ($3.83) | 43 | | $0.88 |
| 1/23/2008 7:41:47 AM | Sales | ($72.75) | 33 | | $4.71 |
| 1/18/2008 8:56:03 PM | Phone Withdrawal | ($2.00) | TFN0118 | | $77.46 |
| 1/16/2008 2:05:34 PM | Western Union | $75.00 | 33307808 | | $79.46 |
| 1/15/2008 7:58:55 AM | Sales | ($1.85) | 18 | | $4.46 |
| 1/15/2008 7:57:01 AM | Sales | ($1.70) | 16 | | $6.31 |
| 1/15/2008 7:55:23 AM | Sales | ($42.85) | 15 | | $8.01 |
| 1/12/2008 4:06:03 PM | Western Union | $50.00 | 33307508 | | $50.86 |
| 1/11/2008 9:39:27 PM | Phone Withdrawal | ($1.00) | TFN0111 | | $0.86 |
| 1/8/2008 2:11:07 PM | Payroll - IPP | $0.12 | HIPP1207 | | $1.86 |
| 1/3/2008 8:31:29 AM | Sales | ($40.01) | 40 | | $1.74 |
| 12/27/2007 10:38:48 AM | Phone Withdrawal | ($5.00) | TFN1227 | | $41.75 |
| 12/27/2007 8:29:36 AM | Sales | ($24.65) | 29 | | $46.75 |
| 12/22/2007 6:05:37 PM | Western Union | $50.00 | 33306008 | | $71.40 |
| 12/20/2007 10:33:18 AM | Sales | $0.00 | 98 | | $21.40 |
| 12/11/2007 1:22:48 PM | Sales | ($20.40) | 67 | | $21.40 |
| 12/7/2007 1:29:45 PM | FRP Quarterly Pymt | ($25.00) | IIS0007 | | $41.80 |
| 12/7/2007 1:16:51 PM | Payroll - IPP | $0.12 | HIPP1107 | | $66.80 |
| 12/7/2007 1:16:46 PM | Payroll - IPP | $15.99 | HIPP1107 | | $66.68 |
| 12/6/2007 7:30:41 PM | Phone Withdrawal | ($3.00) | TFN1206 | | $50.69 |
| 12/6/2007 12:14:27 PM | Western Union | $50.00 | 33304908 | | $53.69 |
| 12/6/2007 9:22:44 AM | Sales | ($4.10) | 65 | | $3.69 |
| 11/27/2007 7:20:01 PM | Phone Withdrawal | ($3.00) | TFN1127 | | $7.79 |
| 11/24/2007 11:32:49 AM | Phone Withdrawal | ($5.00) | TFN1124 | | $10.79 |
| 11/22/2007 1:37:11 PM | Phone Withdrawal | ($5.00) | TFN1122 | | $15.79 |
| 11/21/2007 7:50:29 AM | Phone Withdrawal | ($5.00) | TFN1121 | | $20.79 |
| 11/19/2007 11:43:34 AM | Sales | ($21.05) | 61 | | $25.79 |
| 11/14/2007 11:39:34 AM | Sales | $0.00 | 51 | | $46.84 |
| 11/9/2007 11:59:39 AM | Phone Withdrawal | ($3.00) | TFN1109 | | $46.84 |
| 11/7/2007 2:16:23 PM | Payroll - IPP | $21.60 | HIPP1007 | | $49.84 |
| 11/7/2007 2:15:58 PM | Payroll - IPP | $5.72 | HIPP1007 | | $28.24 |
| 11/7/2007 9:21:02 AM | Sales | $9.30 | 35 | | $22.52 |
| 11/5/2007 8:08:22 AM | Sales | ($9.30) | 91 | | $13.22 |
| 10/31/2007 10:02:15 AM | Sales | ($72.70) | 9 | | $22.52 |
| 10/30/2007 6:39:10 PM | Phone Withdrawal | ($5.00) | TFN1030 | | $95.22 |
| 10/26/2007 7:05:27 PM | Western Union | $100.00 | 33302008 | | $100.22 |
| 10/10/2007 7:09:52 AM | Sales | ($45.55) | 14 | | $0.22 |
| 10/8/2007 8:52:51 AM | Phone Withdrawal | ($1.00) | TFN1008 | | $45.77 |
| 10/5/2007 9:05:08 AM | Payroll - IPP | $20.88 | HIPP0907 | | $46.77 |
| 10/5/2007 9:04:45 AM | Payroll - IPP | $25.00 | HIPP0907 | | $25.89 |
| 10/2/2007 7:50:19 AM | Sales | ($72.15) | 27 | | $0.89 |
| 9/28/2007 12:10:01 AM | Inmate Co-pay | ($2.00) | GICD0907 | | $73.04 |
| 9/28/2007 12:10:01 AM | Debt Encumbrance - Released | $1.96 | GICD0907 -4798 | | |

1 2

## All Transactions

| Inmate Reg #: | 29247179 | Current Institution: | Beaumont FCC |
|---|---|---|---|
| Inmate Name: | THOMPSON, RODNEY | Housing Unit: | BMP-A-B |
| Report Date: | 03/04/2008 | Living Quarters: | A03-311U |
| Report Time: | 10:39:50 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 9/28/2007 12:10:01 AM | Debt Encumbrance - Released | $0.04 | GICD0907-4614 | | |
| 9/27/2007 2:04:28 PM | Debt Encumbrance | ($1.96) | GICD0907-4798 | | |
| 9/27/2007 2:04:28 PM | Western Union | $75.00 | 33325907 | | $75.04 |
| 9/19/2007 11:57:54 AM | Debt Encumbrance | ($0.04) | GICD0907-4614 | | |
| 9/11/2007 7:05:23 AM | Sales | ($17.40) | 40 | | $0.04 |
| 9/10/2007 3:32:47 PM | Phone Withdrawal | ($3.00) | TFN0910 | | $17.44 |
| 9/7/2007 8:38:48 PM | Phone Withdrawal | ($1.00) | TFN0907 | | $20.44 |
| 9/7/2007 2:33:03 PM | FRP Quarterly Pymt | ($25.00) | IIS0034 | | $21.44 |
| 9/7/2007 2:29:21 PM | Payroll - IPP | $21.60 | GIPP0807 | | $46.44 |
| 9/7/2007 2:29:03 PM | Payroll - IPP | $20.12 | GIPP0807 | | $24.84 |
| 8/29/2007 7:41:47 AM | Sales | ($18.10) | 35 | | $4.72 |
| 8/21/2007 12:00:25 PM | Phone Withdrawal | ($5.00) | TFN0821 | | $22.82 |
| 8/21/2007 7:10:45 AM | Sales | ($72.60) | 20 | | $27.82 |
| 8/18/2007 8:04:19 PM | Western Union | $100.00 | 33323007 | | $100.42 |
| 8/7/2007 11:31:05 AM | Sales | ($13.05) | 43 | | $0.42 |
| 8/7/2007 5:20:36 AM | Payroll - IPP | $13.36 | GIPP0707 | | $13.47 |
| 8/4/2007 3:13:54 PM | Phone Withdrawal | ($1.00) | TFN0804 | | $0.11 |
| 8/1/2007 11:52:42 AM | Gift | ($130.00) | | 5789 | $1.11 |
| 7/31/2007 8:08:33 AM | Sales | ($36.70) | 24 | | $131.11 |
| 7/30/2007 7:22:49 AM | Phone Withdrawal | ($1.00) | TFN0730 | | $167.81 |
| 7/25/2007 1:04:38 PM | Court Fees | ($35.00) | | 5688 | $168.81 |
| 7/24/2007 7:07:05 AM | Sales | ($40.90) | 14 | | $203.81 |
| 7/21/2007 5:06:15 PM | Western Union | $75.00 | 33321007 | | $244.71 |
| 7/19/2007 2:14:04 PM | Sales | ($4.00) | 53 | | $169.71 |
| 7/17/2007 1:33:28 PM | Phone Withdrawal | ($3.00) | TFN0717 | | $173.71 |
| 7/17/2007 10:14:47 AM | Local Collections | $168.63 | 52308 | | $176.71 |
| 7/10/2007 6:48:41 AM | Sales | ($16.40) | 25 | | $8.08 |
| 7/9/2007 5:34:37 AM | Payroll - IPP | $23.88 | GIPP0607 | | $24.48 |
| 7/9/2007 5:34:21 AM | Payroll - IPP | $0.48 | GIPP0607 | | $0.60 |
| 6/26/2007 7:48:45 AM | Sales | ($40.15) | 35 | | $0.12 |
| 6/25/2007 11:04:24 AM | Western Union | $40.00 | 33319107 | | $40.27 |
| 6/15/2007 8:25:17 PM | Phone Withdrawal | ($1.00) | TFN0615 | | $0.27 |
| 6/7/2007 5:48:51 AM | FRP Quarterly Pymt | ($25.00) | IIS0025 | | $1.27 |
| 6/7/2007 5:44:06 AM | Payroll - IPP | $18.12 | GIPP0507 | | $26.27 |
| 6/5/2007 6:55:21 AM | Sales | ($53.95) | 1 | | $8.15 |

1 2