AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of    COLUMNBIA

Kelvin Andre Spotts Et Al,

Plaintiff

V.

Bureau of Prisons, Et Al,

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:    08-44

I, Jaime Guerrero _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration   U.S.P. Beaumont, TX

   Are you employed at the institution?   yes   Do you receive any payment from the institution?   yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   N/A

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☒ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.   Family members

4.   Do you have **any** cash or checking or savings accounts?        ☐ Yes        ☒ No

If "Yes," state the total amount. _____ *NA* _____

5.   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?        ☐ Yes        ☒ No

If "Yes," describe the property and state its value.

*NA*

6.   List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  (If children are dependents, please refer to them by their initials)

*NA*

I declare under penalty of perjury that the above information is true and correct.


_03-06-08_____          _____
        Date                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted.  Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____ <br> United States Judge      Date | _____  _____ <br> United States Judge      Date |



## Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 79072079 | **Current Institution:** | Beaumont FCC |
| **Inmate Name:** | GUERRERO, JAIME | **Housing Unit:** | BMP-E-A |
| **Report Date:** | 03/06/2008 | **Living Quarters:** | E02-206L |
| **Report Time:** | 12:34:11 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

# General Information

|  |  |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 3857 |
| PAC #: | 634603942 |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 10/17/2001 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 3/5/2008 7:22:27 AM |
| Account Status: | Active |
| Phone Balance: | $19.44 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

# Account Balances

|  |  |
|---|---|
| Account Balance: | $145.80 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $145.80 |

National 6 Months Deposits:     $1,151.80

National 6 Months Withdrawals:     $1,106.25

National 6 Months Avg Daily Balance:     $51.14

Local Max. Balance - Prev. 30 Days:     $170.70

Average Balance - Prev. 30 Days:     $92.95

# Commissary History

### Purchases

Validation Period Purchases:   $81.85

YTD Purchases:   $744.70

Last Sales Date:   3/5/2008 7:22:27 AM

### SPO Information

SPO's this Month:   0

SPO $ this Quarter:   $0.00

### Spending Limit Info

Spending Limit Override:   No

Weekly Revalidation:   No

Bi-Weekly Revalidation:   No

Spending Limit:   $290.00

Expended Spending Limit:   $37.35

Remaining Spending Limit:   $252.65

# Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit:   $0.00

Restricted Expended Amount:   $0.00

Restricted Remaining Spending Limit:   $0.00

Restriction Start Date:   N/A

Restriction End Date:   N/A

**Item Restrictions**

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments: