UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kelvin Andre Spotts, et al. | Case No. 1:08-cv-00044 |
| Plaintiffs | Judge Kollar-Kotelly, Colleen |
| v. | |
| United States of America | Notice of Withdrawal of Motions |
| Defendant | |

Plaintiffs, acting through counsel, respectfully advises the Court that twelve Motions for Leave to Proceed in Forma Pauperis [Docket No.'s 13 to 24] are hereby withdrawn because all of these motions have been filed by Plaintiffs that are already represented in this lawsuit by this law firm.

On May 12, 2008, the Docket reflects twelve filings by inmates. Each of these filings is identical in the following respects. They are all titled Motion for Leave to Proceed in Forma Pauperis. They all consist of a standard form used by inmates when requesting a waiver of all court fees. Third, there is nothing additional attached to any of these motions. Every one of these Plaintiffs is already listed as a Plaintiff and they are represented by this law firm. Set out below is their name as it appears on the newly added dockets entries and their identity as it already appears in Plaintiffs' Second Amended Complaint.

Docket No. 13 – Joe Lewis Lewis is Plaintiff Joe L. Kelly Reg. No. 21350-009 [the Federal Bureau of Prisons Inmate Locator search engine does not have an inmate in its data base with the name of Joe Lewis Lewis.]

Docket No. 14 – Donald G. Richardson is Plaintiff Donald Richardson Reg. No. 01523-164.

Docket No. 15 – Bernadino Delgado Jr. is Plaintiff Bernadino Delgado Reg. No. 28273-177.

Docket No. 16 – Steven Wayne Wooldridge is Plaintiff Steven Wooldridge  Reg. No. 05381-010.

Docket No. 17 – Willie Joe Spence is Plaintiff Willie Joe Spence Reg. No. 11230-007

Docket No. 18 – Ray McAllister is Plaintiff Ray McAllister Reg. No. 28856-180.

Docket No. 19 – Richard Allen Smith is Plaintiff Richard Allen Smith Reg. No. 03666-087.

Docket No. 20 -  Seven Jackson Hado is Plaintiff Steven Jackson Reg. No. 06274-156 [the Federal Bureau of Prisons Inmate Locator search engine does not have an inmate in its data base with the name of Steven Jackson Hado.]

Docket No. 21 -  Rodney L. Thompson is Plaintiff Rodney Lee Thompson Reg. No. 29247-179.

Docket No.  22 – Jackie Lee Pullum is Plaintiff Jackie Lee Pullum  Reg. No. 60433-080.

Docket No. 23 – Samuel L. Johnson is Plaintiff Samuel L. Johnson Reg. No. 10097-180.

Docket No. 24 – Jamie Guerrero is Plaintiff Jamie Guerrero Reg. No. 79072-079.

All of these Motions for Leave to Proceed in Forma Pauperis are hereby withdrawn. These Plaintiffs will be so advised by counsel. Plaintiffs further apologize to the Court and to the Clerk's Office for this inconvenience.

Respectfully submitted;

/s/ Norman L. Sirak
_____
Norman L. Sirak
Ohio Reg. OH0038058
D.C. Bar # 162669
4974 Higbee Ave. – Suite 203
Canton, Ohio 44718
Phone (330) 493 – 7462
Fax (330) 493 – 7851
Email nsirak@parolereform.com

## Certificate of Service

A copy of the foregoing will be sent via the Court's electronic filing system to Christian A. Natiello, Assistant U.S. Attorney, as well as to any other parties entered on the Court's filing system for this case.

/s/ Norman L. Sirak
_____
Norman L. Sirak