# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kelvin Andre Spotts, et al. | Case No. 1:08-cv-00044 |
| Plaintiffs | Judge Kollar-Kotelly, Colleen |
| v. | |
| United States of America | **Supplement to Motion for Joinder of New Plaintiffs Pursuant to Fed.R.Civ.P. 20(a)** |
| Defendant | |

On May 19, 2008, Plaintiffs filed a Motion for joinder of three new Plaintiffs pursuant to Fed.R.Civ.P. 20(a) [hereafter *Rule 20(a)*], titled *Permissive Joinder of Parties*. As of May 27, 2008, there has been no answer or ruling on this filing. On May 24, 2008, counsel for Plaintiffs received confirmation from another federal inmate housed at the U.S. Penitentiary in Beaumont, Texas, when Hurricane Rita made landfall, that he had exhausted his administrative remedies. This proof consisted of a denial letter issued to Fleming Carey, Reg. No. 04065-000 on February 13, 2008, in response to his Federal Tort Claim arising out of Hurricane Rita. A copy of Fleming Carey's denial letter is attached to this filing as Exhibit 1.

Counsel for Plaintiffs hereby attests that the right to relief sought by Fleming Carey arises out of the same occurrence applicable to all other

Plaintiffs, namely the refusal to evacuate before and after Hurricane Rita struck this prison. Second, Fleming Carey's case involves the same common questions of law applicable to all other Plaintiffs. The two mandatory conditions for joinder set forth in Rule 20(a) apply with equal force to him.

Accordingly, Plaintiffs hereby supplement their Motion for Joinder of new Plaintiffs by adding Fleming Carey to our Motion previously filed on May 19, 2008. This increases the total of new Plaintiffs to be added by way of this Motion from three to four and, if approved, it will increase the number of Plaintiffs from 438 to 442. A new Proposed Order, reflecting the addition of Fleming Carey, is also attached.

Respectfully submitted;

/s/ Norman L. Sirak
Norman L. Sirak
Ohio Reg.  OH0038058
D.C.  Bar  # 162669
4974 Higbee Ave.  – Suite 203
Canton, Ohio 44718
Phone (330) 493 – 7462
Fax (330) 493 – 7851
Email nsirak@parolereform.com

### Certificate of Service

A copy of the foregoing will be sent via the Court's electronic filing system to Christian A. Natiello, Assistant U.S. Attorney, as well as to any other parties entered on the Court's filing system for this case.

/s/ Norman L. Sirak
_____
Norman L. Sirak



**U.S. Department of Justice**

Federal Bureau of Prisons

*South Central Regional Office*

---

DATE MAILED: FEB 1 3 2008
Certified Receipt: 7007-3020-0001-0935-6999

4211 Cedar Springs Road
Dallas, Texas 75219

Fleming Carey
Reg. No. 04065-000
United States Penitentiary - Coleman II
P.O. Box 1034
Coleman, Florida 33521

Re:   Administrative Tort Claim No. TRT-SCR-2007-06041

Dear Mr. Carey:

This is in response to your request for administrative settlement under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 2671-2680, and authority granted by Title 28 C.F.R. § 0.172. You seek monetary damages in the amount of $100,000.00 in personal injury for events occurring on or about September 26, 2005, while you were at the Federal Correctional Complex (USP), Beaumont, Texas. Specifically, you allege you suffered from no air circulation, spoiled food, no running water, and backed up sewage after Hurricane Rita made land fall. You claim you suffered sleep deprivation and nightmares as a result of the storm.

Section 2672 of the FTCA delegates to each Federal agency the authority to consider, determine and settle any claim for money damages against the United States for loss of personal property or injury caused by the negligent or wrongful act or omission of any employee of the agency while acting within the scope of his office or employment.

The investigation into this claim revealed FCC Beaumont (USP) was struck by Hurricane Rita on September 24, 2005. Staff took appropriate measures to alleviate the conditions caused by the natural disaster. No evidence was discovered to indicate staff issued the inmate population non-potable water or spoiled food after the hurricane made land fall. All supplies were issued to the inmate population as they became available. Staff also attempted to work with the local community to restore all utilities as quickly as possible. Inmates were not allowed out of their cells immediately after the storm for security reasons, but once the institution resumed normal operations inmates were allowed to return to regular activities.

*Tort Claim TRT-SCR-2007-06041*
*CAREY, Fleming; Reg. No. 04065-000*
*Page Two*

Based on this information, there is no evidence you sustained any personal injury caused by the negligent or wrongful act or omission of any Bureau of Prisons employee acting within the scope of his or her employment. You have also failed to demonstrate you suffered any physical injury in connection with your alleged emotional injury, a requirement under 28 U.S.C. § 1346(b)(2). Based on the above findings, your claim is denied.

If you are not satisfied with this decision, you have six months from the date of this letter in which to file a lawsuit in the appropriate United States District Court.

Sincerely,

Jason A. Sickler
Regional Counsel

JAS/tvh

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kelvin Andre Spotts, et al. | Case No. 1:08-cv-00044 |
| Plaintiffs | Judge Kollar-Kotelly, Colleen |
| v. | **Order** |
| United States of America | |
| Defendant | |

    Plaintiffs filed a Motion on May 19, 2008, pursuant to the Permissive Joinder rule, Fed.R.Civ.P. 20(a), seeking to add three more plaintiffs. On May 27, 2008, Plaintiffs supplemented this motion with a request to add one more Plaintiff, bringing the total to be joined to four.  Documentation has been attached, attesting to the fact that these claimants have satisfied the exhaustion requirements of the Federal Tort Claim Act. Plaintiffs have also conclusively established that all of these claims arise out of the same occurrence, namely Hurricane Rita, and they all involve common questions of law, thereby satisfying the conditions of Fed.R.Civ.P 20(a).

    For good cause shown, the Court grants Plaintiffs' motion and adds Jeffrey Worthy Reg. No. 56901-004, Silky Harris Reg. No. 11891-076, Walter Williams Reg. No. 89086-012 and Fleming Carey Reg. No. 04065-000 as four new Plaintiffs to this lawsuit.

IT IS SO ORDERED.

_____
Judge

Submitted by Plaintiffs

/s/  Norman L. Sirak

Norman L. Sirak