UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KELVIN ANDRE SPOTTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No. 08–44 (CKK) |

**ORDER**
(June 23, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 23rd day of June, 2008, hereby

**ORDERED** that Plaintiffs' [7] Motion for Leave to File Second Amended Complaint is GRANTED; it is further

**ORDERED** that Defendant's [9] Motion to Transfer Venue to the Eastern District of Texas is GRANTED; and it is further

**ORDERED** that Plaintiff's pending [26] Motion and [27] Supplemental Motion for Joinder of additional plaintiffs are DENIED WITHOUT PREJUDICE.

**SO ORDERED.**

                                    /s/
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge